*Various Chapter 13's*

---

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79 / 611

**0624134**

June 17, 2010

PAY   Exactly Thirty Nine And 94/100 Dollars

$*********39.94

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

VOID AFTER 90 DAYS

*S.J. Beaulieu Jr.*

⑈0624134⑈ ⑆061100790⑆ 8800517495⑈

---

6/21/10

Deposited to Treasury
Unclaimed - 6047BK.

Due: See Letter

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227283  - KW
* * C O P Y * *
June 21, 2010
14:14:20

TREASURY REGFUND
Debtor.: VARIOUS CH. 13S
Amount.:            $39.94 CH
Check#.: 0624134

Total-> $39.94

FROM: BEAULIEU

The attached check represents payments found to be undeliverable, listed below, for deposit into the registry of the court.

Registry Check #624134

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 04-19321 | DARDAR, SHANNON A<br>22186 STRAIN RD<br>MANDEVILLE LA 70471 | 7.23 | RADIOLOGY & DIAGNOSTIC SVCS<br>PO BOX 30<br>COVINGTON LA 70434 |
| 04-19321 | DARDAR, SHANNON A<br>22186 STRAIN RD<br>MANDEVILLE LA 70471 | 8.37 | CHILDRENS HOSPITAL<br>PO BOX 95425<br>NEW ORLEANS LA 70195 |
| 05-14482 | MATA, DAVID<br>MATA, ROBYN<br>4347 JEAN LAFITTE BLVD<br>LAFITTE LA 70067 | 24.34 | SHOP AT HOME<br>PO BOX 305249<br>NASHVILLE TN 37230 |
| | | $39.94 | |